The following case in which the Court of Appeals issued a published opinions has been appealed to the Supreme Court:

1. Solomon H. Taylor
    v. Commonwealth of Virginia
    Record No. 0773-07-4
    Opinion rendered by Senior Judge Annunziata on
    July 22, 2008

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Yuri Isidoro Sasson Moscona
   v. Dana Shenhar
   Record Nos. 1684-06-4 and 3211-06-4
   Opinion rendered by Judge Benton
     on August 21, 2007
   Judgment of Court of Appeals affirmed by opinion rendered on October 31, 2008
   (072193)

2. Joshua Paul Coyle
   v. Commonwealth of Virginia
   Record No. 0057-06-3
   Opinion rendered by Chief Judge Felton
     on November 27, 2007
   Refused (080125)

3. Matthew Tremaine Moore
   v. Commonwealth of Virginia
   Record No. 2091-05-2
   En Banc opinion rendered by Judge McClanahan
     on December 27, 2007
   Judgment of Court of Appeals reversed and matter remanded to this Court for
     remand to trial court for further proceedings if Commonwealth be so advised by
     opinion rendered on October 31, 2008
   (080199)

4. Valerie R. White
   v. Commonwealth of Virginia
   Record No. 2071-06-1
   Opinion rendered by Judge Beales
     on December 27, 2007
   Judgment of Court of Appeals reversed and final judgment entered vacating the
     indictment against the appellant by opinion rendered on October 31, 2008
   (080166)

5. Curtis Bowling, a/ka/, etc.
   v. Commonwealth of Virginia
   Record No. 2592-06-3
   Opinion rendered by Judge Petty
     on December 27, 2007
   Refused  (080279)

6. Charles Timothy Sadler
   v. Commonwealth of Virginia
   Record No. 2660-06-2
   Opinion rendered by Senior Judge Coleman
    on December 27, 2007
   Judgment of Court of Appeals affirmed by opinion rendered on October 31, 2008
   (080222)

7. Francis Habo George
   v. Commonwealth of Virginia
   Record No. 0332-06-4
   Opinion rendered by Senior Judge Fitzpatrick
    on January 25, 2008
   Judgment of Court of Appeals affirmed by opinion rendered on October 31, 2008
   (080339)

8. Ronald E. Coleman
   v. Commonwealth of Virginia
   Record No. 2863-06-3
   Opinion rendered by Judge Beales
    on February 26, 2008
   Refused (080602)

9. City of Waynesboro, et al.
   v. Dewayne  W. Griffin
   Record No. 1347-07-3
   Opinion rendered by Judge Petty
    on March 4, 2008
   Dismissed pursuant to Code § 17.1-410(A)(2) and (B)
   (080624)

10. John Doe, D.D.S.
    v. Virginia Board of Dentistry
    Record No. 2780-06-1
    En Banc opinion rendered by Judge Humphreys
     on June 17, 2008
    Dismissed pursuant to Code § 17.1-410(A)(2) and (B)
    (081360)

11. William E. Jenkins
    v. Timothy Sterling Webb
    Record No. 1845-07-4
    Opinion rendered by Senior Judge Annunziata
     on June 24, 2008
    Dismissed pursuant to Code § 17.1-410(A)(2) and (B)
    (081378)

On October 31, 2008 the Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Richard L. Britt
   v. Commonwealth of Virginia
   Record No. 0040-07-2
   CAV petition for appeal denied by Judge Frank on June 13, 2007 and by
     Judge Beales, Senior Judge Bumgardner and Retired Judge Kulp on October 1,
     2007
   Judgment of Court of Appeals reversed and remanded to this Court for remand to
     the trial court for a new trial on a charge of petit larceny if the Commonwealth
     be so advised
   (072175)

2. Myron J. Turman
   v. Commonwealth of Virginia
   Record No. 0838-06-4
   Memorandum opinion rendered by Judge Frank on September 25, 2007
   Judgment of Court of Appeals reversed and remanded to this Court for remand to
     the trial court for further proceedings if the Commonwealth be so advised
   (072174)

3. Peter Mark Milazzo
   v. Commonwealth of Virginia
   Record No. 0795-07-2
   CAV petition for appeal denied by Judge Benton on September 26, 2007 and by
     Judge Beales, Senior Judge Coleman and Retired Judge Gates on December 20,
     2007
   Judgment of Court of Appeals affirmed
   (080178)

4. Sebastian Ortiz
   v. Commonwealth of Virginia
   Record No. 0587-07-4
   CAV petition for appeal denied by Judge McClanahan on October 30, 2007
   Judgment of Court of Appeals affirmed
   (072449)

5. Howard Lewis Vincent, Jr.
   v. Commonwealth of Virginia
   Record No. 2701-05-4
   Memorandum opinion rendered by Senior Judge Annunziata on November 20,
     2007
   Judgment of Court of Appeals reversed and final judgment entered dismissing
   the   indictment against the appellant

(072539)

6. Lakeitha D. Brickhouse
   v. Commonwealth of Virginia
   Record No. 3128-06-1
   Memorandum opinion rendered by Judge Clements on December 18, 2007
   Judgment of Court of Appeals reversed and final judgment entered dismissing
   the   indictment against the appellant
   (080130)

7. Qaadir Tariq Hasan
   v. Commonwealth of Virginia
   Record No. 2435-06-1
   Memorandum opinion rendered by Judge Clements on December 27, 2007
   Judgment of Court of Appeals reversed and matter remanded to this Court for
     remand to the trial court for a new trial if the Commonwealth be so advised
   (080030)

8. Joseph A. Moses Harris, Jr.
   v. Commonwealth of Virginia
   Record No. 2320-06-2
   Memorandum opinion rendered by Senior Judge Coleman on February 5, 2008
   Judgment of Court of Appeals reversed and final judgment entered dismissing
   the   indictment against the appellant
   (080437)